Joshua Woodard (Bar #015592)
jwoodard@swlaw.com
Benjamin A. Nucci (Bar #031312)
bnucci@swlaw.com
Audrey E. Chastain (Bar #033998)
achastain@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Rodriguez, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>Valor Global, LLC,<br><br>Defendant. | No. CV-21-01256-PHX-DWL<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2(d), the parties hereby inform the Court and the Clerk of the Court that the parties have reached a settlement in the above-captioned matter, subject to the Court's approval of the wage claims under the Fair Labor Standards Act ("FLSA"), and subject to the parties' completion of settlement documentation.

The parties respectfully request that the Court allow the Defendant until August 5, 2022 in which to file (i) joint motion for approval of the parties' FLSA settlement; (ii) proposed consent language for FLSA collective action settlement purposes; and (iii) related briefing relating to the resolution of this matter.

//

//

//

DATED this 14th day of July, 2022.

JOHNSON BECKER P.L.L.C.                    SNELL & WILMER L.L.P.

By: *s/ Benjamin A. Nucci (with permission)*    By: *s/ Benjamin A. Nucci*
Jacob R. Rusch                             Joshua Woodard
Zackary S. Kaylor                          Benjamin A. Nucci
444 Cedar Street, Ste. 1800                Audrey E. Chastain
St. Paul, MN  55101                        One Arizona Center
                                           400 E. Van Buren
BEGAM MARKS & TARULSEN P.A.                Phoenix, AZ  85004-2202
Richard P. Traulsen
11201 North Tatum Blvd, Ste. 110           *Attorneys for Defendant*
Phoenix, AZ  85028-6037

*Attorneys for Plaintiff*