# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Rodriguez, | No. CV-21-01256-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Valor Global LLC, | |
| Defendant. | |

The parties have filed a joint motion to exceed page limitation (Doc. 33) and a joint motion for approval of proposed FLSA collective settlement (Doc. 34). Because this is an action under the Fair Labor Standards Act ("FLSA"), judicial approval of the settlement agreement is required. *See generally Seminiano v. Xyris Enterprise*, Inc., 602 Fed. App'x 682, 683 (9th Cir. 2015) ("FLSA claims may not be settled without approval of either the Secretary of Labor or a district court."); *Lopez v. Ariz. Public Serv. Co.*, 2010 WL 1403873, *1 (D. Ariz. 2010) ("Normally, the Court does not rule on a private settlement negotiated between parties. However, because Plaintiffs filed a FLSA action against Defendant, the parties must seek approval of their stipulated settlement in order to ensure the enforceability of the Settlement Agreement. The Court may approve the settlement if it reflects a 'reasonable compromise over issues.'") (citation omitted).

The Court has reviewed the settlement agreement (Doc. 34) and concludes that it does, in fact, reflect a fair and reasonable resolution of the issues. Thus, the settlement agreement will be approved.

Accordingly,

**IT IS ORDERED** that:

(1) The parties have filed a joint motion to exceed page limitation (Doc. 33) is **granted**;

(2) The parties' joint motion for approval of settlement agreement (Doc. 34) is **granted**;

(3) This matter is dismissed with prejudice; and

(4) The Clerk of Court shall enter judgment accordingly and terminate this action.

Dated this 12th day of September, 2022.

Dominic W. Lanza
United States District Judge