# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Rodriguez,<br><br>   Plaintiff,<br><br>v.<br><br>Valor Global LLC,<br><br>   Defendant. | NO. CV-21-01256-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 13, 2022, the parties' joint motion for approval of settlement agreement is granted and this matter is dismissed with prejudice.

             Debra D. Lucas
             District Court Executive/Clerk of Court

September 13, 2022

             s/ Wendy Poth
          By Deputy Clerk